# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **STEPHEN LAMONT FRANCIS,** | ) | **CASE NO. 22-50624-sms** |
| | ) | |
| Debtor | ) | |

## DEBTOR'S NOTICE TO WITHDRAW DOCUMENT

COMES NOW Debtor, Stephen Lamont Francis, and hereby withdraws the *Motion to Extend Time to file the Reaffirmation Agreement with Cig Financialand Certificate of Service* filed by Vincent Paul Leibbrandt on May 2, 2022 (Docket Number 11).

Dated: May 2, 2022

/s/ _____
Vincent Leibbrandt
GA Bar No. 318178
The Semrad Law Firm, LLC
235 Peachtree St NE
Suite 300
Atlanta, GA 30303
(678) 668-7160
**Attorney for the Debtors/Movant**
ganb.courtview@SLFCourtview.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **STEPHEN LAMONT FRANCIS,** | ) | **CASE NO. 22-50624-sms** |
| | ) | |
| Debtor | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify under penalty of perjury, that I am over eighteen years of age and that I have this day served a copy of the within Notice to Withdraw Document upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

Stephen Lamont Francis
3144 Elmwood Ct
Atlanta, GA 30349

Cig Financial
P.O. Box 19795
Irvine, CA 92623

Cig Financial LLC
6 Executive Circle, Suite 100
Irvine, CA 92614

Cig Financial LLC
c/o CT Corporation, Reg. Agent
1201 Peachtree St, Ne,
Atlanta, GA 30361

    I further certify that I have this day served a copy of the within Notice to Withdraw Document t, by the agreement of parties, via the ECF electronic mail/noticing system, upon S. Gregory Hays, Chapter 7 Trustee, and U.S. Trustee.

Dated: May 2, 2022.

/s/
Vincent Leibbrandt
GA Bar No. 318178
The Semrad Law Firm, LLC
235 Peachtree St NE
Suite 300
Atlanta, GA 30303
(678) 668-7160
**Attorney for the Debtors/Movant**
ganb.courtview@SLFCourtview.com